IN THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN YAN LUIS**<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>**GLVSS INC**<br><br>Defendant/Respondent | Hearing Date:<br>INDEX NO:   **1:22-CV-2526**<br>Index Date:   **04/07/2022**<br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS; COMPLAINT; CCS** |

Received by **April Newtran**, on the **12th day of April, 2022 at 7:42 AM** to be served upon **GLVSS, Inc.** at **7451 Talbert Avenue, Huntington Beach, Orange County, CA 92648**.

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **12th day of April, 2022 at 9:26 AM** at the address of **7451 Talbert Avenue, Huntington Beach, Orange County, CA 92648**, this affiant served the above described documents upon **GLVSS, Inc.** in the manner described below:

**CORPORATE SERVICE**, by personally delivering **1** true and correct copy(ies) of the above described documents, with the date and hour of service endorsed thereon by this affiant, to the corporation described as the named defendant.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY(IES) OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Viet Tran, I delivered the documents to Viet Tran with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired Asian male contact 35-45 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.  he said he is the owner of GLVSS Inc and that he already received these documents but he accepted service anyways

Deponent asked the indicated person whether the defendant and/or present occupant was presently in the military service of the United States Government or in active duty in the military service of the State of New York or a dependent of anybody in the military and defendant and/or present occupant refused to indicate.

Executed on __April 21__, 20__22__.

_____
April Newtran, Reg. # 6226, County of Orange, CA
ABC Legal Services, LLC
DCA Lic. #1380619 Exp, 02/28/24
147 Prince St, Suite 4-6, Brooklyn, NY 11201

STATE OF NEW YORK COUNTY OF _____
SWORN TO AND SUBSCRIBED BEFORE ME THIS ____ OF _____ 20___ BY _____ (AFFIANT NAME)

_____
SIGNATURE OF NOTARY PUBLIC

_____
PRINT, TYPE OR STAMP NOTARY'S COMMISSIONED NAME

PERSONALLY KNOWN_____ OR PRODUCED IDENTIFICATION_____
TYPE OF IDENTIFICATION PRODUCED_____